AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

2026 JUL -8  AM 10: 47

OFFICE OF THE CLERK

|  |  |
|---|---|
| Ayma Martinez LLerandi | ) ) ) ) ) ) ) ) ) ) ) |
| _____ *Petitioner* | |
| v. | Case No. **8:26cv328** <br> *(Supplied by Clerk of Court)* |
| Warden, Lincoln County Jail | |
| _____ *Respondent* *(name of warden or authorized person having custody of petitioner)* | |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.    (a) Your full name:    Ayma Martinez LLerandi

      (b) Other names you have used:    N/A

2.    Place of confinement:

      (a) Name of institution:    Lincoln County Jail

      (b) Address:    302 N Jeffers St North Platte, NE 69101

      (c) Your identification number:    203-440-844

3.    Are you currently being held on orders by:

      ☑ Federal authorities        ☐ State authorities        ☐ Other - explain:

      _____

4.    Are you currently:

      ☐ A pretrial detainee (waiting for trial on criminal charges)

      ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

      If you are currently serving a sentence, provide:

         (a) Name and location of court that sentenced you:    _____

         (b) Docket number of criminal case:    _____

         (c) Date of sentencing:    _____

      ☑ Being held on an immigration charge

      ☐ Other *(explain)*:    _____

      _____

      _____

### Decision or Action You Are Challenging

5.    What are you challenging in this petition:

      ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention

☑ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*: _____

_____

6.  Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:  U.S. Immigration and Customs Enforcement (ICE)

Lincoln County Jail, Nebraska

(b) Docket number, case number, or opinion number:    203-440-844

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

Petitioner challenges his continued ICE detention without release, supervision, or a constitutionally adequate

individualized custody determination, and requests release under reasonable conditions or, in the alternative, a

prompt individualized custody hearing at which the Government must justify continued detention.

(d) Date of the decision or action:    12/21/2025

## Your Earlier Challenges of the Decision or Action

7.  **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes                ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

_____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not appeal: _____

Petitioner did not appeal immediately because he is detained and has limited access to legal help. His family

is currently trying to pursue an appeal.

8.  **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes                ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

    _____

    _____

    _____

    _____

    _____

(b) If you answered "No," explain why you did not file a second appeal: _____

Petitioner did not file a second appeal because he is detained, has limited access to legal assistance, and his family is still trying to obtain help to pursue any available remedies.

9.    **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes          ☑ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

    _____

    _____

    _____

    _____

    _____

(b) If you answered "No," explain why you did not file a third appeal: _____

Petitioner did not file a third appeal because he remains detained, lacks legal assistance, and his family is still trying to determine what remedies are available.

10.    **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☑ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

❏ Yes            ❏ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____
_____
_____
_____
_____
_____

11.    **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☑ Yes            ❏ No

If "Yes," provide:

(a)    Date you were taken into immigration custody: 12/21/2025

(b)    Date of the removal or reinstatement order: 06/18/2026

(c)    Did you file an appeal with the Board of Immigration Appeals?

❏ Yes            ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

_____

(d)    Did you appeal the decision to the United States Court of Appeals?

☐ Yes                    ☑ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes                    ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.  Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:**    SEE ATTACHMENT A

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

(b)  Did you present Ground One in all appeals that were available to you?
☐ Yes                  ☑ No

**GROUND TWO:**   SEE ATTACHMENT A

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

(b)  Did you present Ground Two in all appeals that were available to you?
☐ Yes                  ☑ No

**GROUND THREE:**   SEE ATTACHMENT A

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

(b)  Did you present Ground Three in all appeals that were available to you?
☐ Yes                  ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**     SEE ATTACHMENT A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes                    ☑ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:    Petitioner did not present all available grounds in prior appeals because he is detained, has limited access to legal assistance and legal materials, and his family is still trying to obtain help to pursue all available remedies.

## Request for Relief

15. State exactly what you want the court to do:

Petitioner respectfully requests release under reasonable conditions of supervision, or in the alternative, a prompt individualized custody hearing where the Government must justify continued detention.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

~~06~~    06-11-2026

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:    06-11-2026

_____
*Signature of Petitioner*

_____
*Signature of Attorney or other authorized person, if any*

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Instructions

1. **Who Should Use This Form**. You should use this form if
   - you are a federal prisoner and you wish to challenge the way your sentence is being carried out *(for example, you claim that the Bureau of Prisons miscalculated your sentence or failed to properly award good time credits)*;
   - you are in federal or state custody because of something other than a judgment of conviction *(for example, you are in pretrial detention or are awaiting extradition)*; or
   - you are alleging that you are illegally detained in immigration custody.

2. **Who Should Not Use This Form**. You should not use this form if
   - you are challenging the validity of a federal judgment of conviction and sentence *(these challenges are generally raised in a motion under 28 U.S.C. § 2255)*;
   - you are challenging the validity of a state judgment of conviction and sentence *(these challenges are generally raised in a petition under 28 U.S.C. § 2254)*; or
   - you are challenging a final order of removal in an immigration case *(these challenges are generally raised in a petition for review directly with a United States Court of Appeals)*.

3. **Preparing the Petition**. The petition must be typed or neatly written, and you must sign and date it under penalty of perjury. **A false statement may lead to prosecution.**

4. **Answer all the questions.** You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit any legal arguments, you must submit them in a separate memorandum. Be aware that any such memorandum may be subject to page limits set forth in the local rules of the court where you file this petition. If you attach additional pages, number the pages and identify which section of the petition is being continued. All filings must be submitted on paper sized 8½ by 11 inches. **Do not use the back of any page.**

5. **Supporting Documents**. In addition to your petition, you must send to the court a copy of the decisions you are challenging and a copy of any briefs or administrative remedy forms filed in your case.

6. **Required Filing Fee**. You must include the $5 filing fee required by 28 U.S.C. § 1914(a). If you are unable to pay the filing fee, you must ask the court for permission to proceed in forma pauperis – that is, as a person who cannot pay the filing fee – by submitting the documents that the court requires.

7. **Submitting Documents to the Court**. Mail your petition and _1_ copies to the clerk of the United States District Court for the district and division in which you are confined. For a list of districts and divisions, see 28 U.S.C. §§ 81-131. All copies must be identical to the original. Copies may be legibly handwritten.

   If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

8. **Change of Address**. You must immediately notify the court in writing of any change of address. If you do not, the court may dismiss your case.



**ATTACHMENT A**

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEBRASKA

## GROUNDS FOR RELIEF
## 28 U.S.C. § 2241 HABEAS CORPUS PETITION

### GROUND ONE

**Prolonged ICE detention without a constitutionally adequate individualized custody determination violates the Due Process Clause.**

Petitioner has been detained by immigration authorities since approximately December 21, 2025. Although Respondents may argue that the June 18, 2026 removal order began a new statutory removal period under 8 U.S.C. § 1231, Petitioner's total physical confinement must still be considered for constitutional purposes. His detention has already lasted many months, and he remains confined without a meaningful individualized determination that continued detention is necessary.

Petitioner does not seek review of the immigration judge's removal order in this Court. Instead, he challenges only his continued physical custody without release, supervision, or a constitutionally adequate custody hearing.

Detention that becomes prolonged requires meaningful procedural protection. Petitioner has strong family ties, including his U.S. citizen wife and children, pending immigration-related applications, community support, and a proposed stable release plan. His evidence includes ICE detention documents, USCIS receipts, family declarations, and employer/community support showing that he has a realistic release plan and is not merely seeking to avoid immigration proceedings.

### GROUND TWO

**Continued detention under 8 U.S.C. § 1231 is unconstitutional where DHS has not shown that removal is significantly likely in the reasonably foreseeable future.**

Respondents may argue that because the removal order became final on or about June 18, 2026, Petitioner is within the statutory removal period under 8 U.S.C. § 1231. Petitioner acknowledges that § 1231 gives the Government authority to detain a person after a final order of removal, including during the initial removal period. However, that statutory authority is not unlimited.

Under Zadvydas v. Davis, post-removal-order detention is limited to a period reasonably necessary to accomplish removal. Detention that continues when removal is not significantly likely in the reasonably foreseeable future raises serious constitutional concerns.

Here, Petitioner is a Cuban national with pending immigration-related applications and substantial family-based equities. Respondents have not produced evidence that travel documents have been issued, that Cuba has accepted Petitioner for removal, or that removal is practically imminent. The Government should not be permitted to rely only on the existence of a recent removal order while failing to show concrete steps proving that removal will actually occur in the reasonably foreseeable future.

## GROUND THREE

**DHS has failed to provide a meaningful custody review based on Petitioner's actual present circumstances, family ties, rehabilitation, and release plan.**

Petitioner's detention has continued without a meaningful review that fairly considers his individual circumstances. Any custody decision based only on the existence of a removal order or past criminal history is constitutionally inadequate.

Petitioner recognizes that Respondents may argue that prior criminal history makes him a danger or flight risk. But due process requires an individualized assessment, not automatic detention. The relevant question is whether Petitioner is presently a danger or flight risk and whether less restrictive conditions can reasonably address the Government's concerns.

Petitioner has substantial evidence supporting release, including family declarations, employer support, community support, pending USCIS applications, and a stable family residence. His wife and family are available to support and supervise him if released. Petitioner is willing to comply with ICE reporting requirements, electronic monitoring, address reporting, check-ins, or any other reasonable condition imposed by the Court or DHS.

## GROUND FOUR

**Continued detention is excessive and punitive where less restrictive alternatives are available.**

Immigration detention is civil, not criminal punishment. Continued confinement becomes constitutionally problematic when it is excessive in relation to the Government's legitimate purpose. Here, the Government's asserted purposes are to ensure appearance and to facilitate removal. Those purposes can be achieved through less restrictive alternatives.

Petitioner can be released under an order of supervision, reporting requirements, electronic monitoring, address reporting, regular ICE check-ins, and any other reasonable conditions. His family and community ties reduce flight risk, and his pending immigration-related applications give him a strong reason to remain available and comply with all immigration requirements.

The Government cannot justify continued incarceration merely because detention is convenient. If supervision can reasonably ensure compliance, continued jail detention is excessive in relation to the civil immigration purpose.

## GROUND FIVE

**This Court has habeas jurisdiction because Petitioner challenges custody, not the removal order.**

Respondents may argue that this Court lacks jurisdiction because immigration removal orders are reviewed through the court of appeals, not a district court. Petitioner does not ask this Court to review, reopen, or cancel the removal order. He challenges only his physical custody and continued detention.

A habeas petition under 28 U.S.C. § 2241 remains available to challenge unlawful immigration detention. The requested relief would not invalidate the removal order. It would only require Respondents to justify continued detention or release Petitioner under reasonable conditions.

Therefore, this Court has jurisdiction to decide whether Petitioner's continued detention violates the Constitution and federal law, and to order release or a constitutionally adequate custody hearing.

## GROUND SIX

**In the alternative, if the Court finds the Zadvydas claim premature, Petitioner still requests meaningful custody-related relief because his total detention is prolonged and constitutionally burdensome.**

Petitioner understands that Respondents will likely argue that this habeas petition is premature because the June 18, 2026 order allegedly restarted the removal-period clock. Even if the Court finds that the statutory Zadvydas claim is not fully ripe, the Court should not dismiss the petition outright without addressing the prolonged and burdensome nature of Petitioner's total detention.

Petitioner has already been physically detained since December 2025. His detention has caused serious hardship to his U.S. citizen family, including his wife and children. He has pending applications, family support, community support, and a proposed release plan. At minimum, the Court may grant alternative relief short of immediate release, including ordering a meaningful custody hearing, requiring Respondents to produce evidence of actual removal progress, or requiring DHS to conduct a constitutionally adequate custody review.

# EXHIBIT INDEX

**Exhibit A - ICE Online Detainee Locator and EOIR Automated Case Information**

Shows Petitioner is currently detained at Lincoln County Jail, 302 N Jeffers St, North Platte, Nebraska, with ERO Omaha listed as the responsible office. Also includes EOIR Automated Case Information showing the immigration court case status, the recent removal order dated June 18, 2026, and that an appeal or appellate review is currently pending or being pursued.

**Exhibit B - ICE Immigration Detainer - Notice of Action**

DHS Form I-247A dated December 21, 2025 and served December 22, 2025, supporting the start of ICE custody and DHS detention action.

**Exhibit C - EOIR Asylum, Withholding of Removal, and CAT Filing**

Application for asylum, withholding of removal, and Convention Against Torture protection, with EOIR payment receipt dated February 9, 2026.

**Exhibit D - USCIS I-485 / I-601 Receipts and Biometrics Notice**

USCIS receipts for Form I-485 under the Cuban Adjustment Act and Form I-601 waiver, both received February 27, 2026, plus biometrics appointment notice.

**Exhibit E - USCIS Request for Initial Evidence / I-485 Correspondence**

USCIS request for initial evidence regarding Form I-485 and related correspondence, showing the adjustment case remained active and required additional evidence.

**Exhibit F - Additional Charges of Inadmissibility / Deportability**

Form I-261 identifying additional allegations and charges, including issues the Government may rely on in opposition.

**Exhibit G - Family, Employer, and Community Support Letters and Declarations**

Grouped support exhibit showing family hardship, U.S. citizen family ties, employment history, good moral character, and proposed support if released.

# EXHIBIT A

ICE Online Detainee Locator and EOIR Automated Case Information

Shows Petitioner is currently detained at Lincoln County Jail, 302 N Jeffers St, North Platte, Nebraska, with ERO Omaha listed as the responsible office. Also includes EOIR Automated Case Information showing the immigration court case status, the recent removal order dated June 18, 2026, and that an appeal or appellate review is currently pending or being pursued.

 Official Website of the Department of Homeland Security



Report

Main Menu

<VOLVER A RESULTADOS

# Página del Centro

Detention Information For:

**AYMA MARTINEZ LLERANDI**
**Pais de Nacimiento:** Cuba
**Número A:** 203440844

Centro de Detención Actual:

LINCOLN COUNTY JAIL
302 N JEFFERS ST
NA
NORTH PLATTE, NE 69101
**Información para Visitantes** (308) 535-9599

# Información de la Oficina ERO

Los familiares y representantes legales pueden obtener
información adicional sobre el caso de esta persona
poniéndose en contacto con esta oficina de ERO:

OMAHA, NE, DOCKET CONTROL OFFICE
**Número de Teléfono** (402) 536-4861

VOLVER A LA BÚSQUEDA>

 An official website of the United States government
Here's how you know ⌄

 **EOIR** | Automated Case Information

---

**Court Closures Today** July 1, 2026

Please check https://www.justice.gov/eoir-operational-status for up to date closures.

Home > **MARTINEZ-LLERANDI, AYMA (203-440-844)**



# Automated Case Information

## Name: MARTINEZ-LLERANDI, AYMA | A-Number: 203-440-844 | Docket Date: 1/8/2026

 **Next Hearing Information**



*There are no future hearings for this case.*

 **Court Decision and Motion Information**

The immigration judge ordered **REMOVAL**.

**DECISION DATE**

June 18, 2026

**COURT ADDRESS**

1717 AVENUE H STE. 100

OMAHA, NE 68110

 **BIA Case Information**

An appeal is due by July 22, 2026.

**Court Contact Information**

If you require further information regarding your case, or wish to file additional documents, please contact the immigration court.

**COURT ADDRESS**

1717 AVENUE H SUITE 100

OMAHA, NE 68110

**PHONE NUMBER**

(402) 348-0310

Archive

Accessibility

Information Quality

Privacy Policy

# EXHIBIT B

ICE Immigration Detainer - Notice of Action

DHS Form I-247A dated December 21, 2025 and served December 22, 2025, supporting the start of ICE custody and DHS detention action.

DEPARTMENT OF HOMELAND SECURITY
**IMMIGRATION DETAINER - NOTICE OF ACTION**

| | |
|---|---|
| Subject ID: 401053145 <br><br> Event #: DSM2612000267 | File No: 203 440 844 <br><br> Date: December 21, 2025 |

| | |
|---|---|
| TO: (Name and Title of Institution - OR Any Subsequent Law Enforcement Agency) HAMILTON COUNTY JAIL, NEB <br> 715 12TH ST, <br> AURORA, NE <br> US 68818 | FROM: (Department of Homeland Security Office Address) <br> ERO - Grand Island, NE Sub Office <br> U.S. IMMIGRATION & CUSTOMS ENFORCEMENT <br> ERO - Grand Island, NE Sub Office <br> 703 S. Webb Rd. Suite D <br> GRAND ISLAND, NE 68803 |

Name of Individual: MARTINEZ LLERANDI, AYMA FRANCISCO

Date of Birth: 03/31/1991     Citizenship: CUBA     Sex: M

**1. DHS HAS DETERMINED THAT PROBABLE CAUSE EXISTS THAT THE SUBJECT IS A REMOVABLE INDIVIDUAL. THIS DETERMINATION IS BASED ON** *(complete box 1 or 2).*

[ ] A final order of removal against the individual;

[ ] The pendency of ongoing removal proceedings against the individual;

[X] Biometric confirmation of the individual's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the individual either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or

[X] Statements made by the individual to an immigration officer and/or other reliable evidence that affirmatively indicate the individual either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**2. DHS TRANSFERRED THE INDIVIDUAL TO YOUR CUSTODY FOR A PROCEEDING OR INVESTIGATION** *(complete box 1 or 2).*

[ ] Upon completion of the proceeding or investigation for which the individual was transferred to your custody, DHS intends to resume custody of the individual to complete processing and/or make an admissibility determination.

**Consistent with "the policy of the United States to faithfully execute the immigration laws against all inadmissible and removable aliens, particularly those aliens who threaten the safety or security of the American people," set forth in Executive Order 14159, Protecting the American People Against Invasion, DHS requests cooperation regarding the subject who:**

[ ] illegally reentered the United States after a prior removal;

[ ] is subject to the detainer provision of the Laken Riley Act and is required to be effectively and expeditiously taken into custody by DHS pursuant to 8 U.S.C. § 1226(c)(3);

[ ] is a member of a designated foreign terrorist organization; and/or

[X] otherwise poses a risk to national security, border security, or public safety.

**IT IS THEREFORE REQUESTED THAT YOU:**

• **Serve the individual** a copy of this form, and complete and return to ICE the service information at the bottom of this form. If the detainer is not served, the detainer is not valid and may not be relied upon to maintain custody of the individual.

• **Notify DHS** as early as practicable (at least 48 hours, if possible) before the individual is released from your custody. Please notify DHS by calling [X] U.S. Immigration and Customs Enforcement (ICE) or [ ] U.S. Customs and Border Protection (CBP) at 308-381-6875 .

• If you cannot reach an official at the number(s) provided, please contact the Law Enforcement Support Center at: (802) 872-6020. Pursuant to 8 U.S.C. § 1373(a), Federal, State, and local government entities and officials may not prohibit or in any way restrict the sending to, or receiving from, DHS information regarding the citizenship or immigration status, lawful or unlawful, of any individual.

• **Maintain custody** of the individual for a period **NOT TO EXCEED 48 HOURS** beyond the time when he/she would otherwise have been released from your custody to allow DHS to assume custody. This detainer arises from DHS authorities and should not impact decisions about the individual's bail, rehabilitation, parole, release, diversion, custody classification, work, quarter assignments, or other matters.

DHS Form I-247A (5/25)

Page 1 of 4

## IT IS THEREFORE REQUESTED THAT YOU: *(Continued)*

• Relay this detainer to any other law enforcement agency to which you transfer custody of the individual.

• Notify this office in the event of the individual's death, hospitalization or transfer to another institution.

☐ If checked: please cancel the detainer related to this individual previously submitted to you on _____ (date).

JOHN HAASE – Deportation Officer

*QRHAASE*

(Name and title of Immigration Officer)     (Signature of Immigration Officer)

---

**Notice:** IT IS A CRIME TO HARBOR OR CONCEAL A PERSON WANTED BY THE FEDERAL GOVERNMENT. Whoever harbors or conceals any person for whose arrest a warrant or process has been issued under the provisions of any law of the United States, so as to prevent his discovery and arrest, after notice or knowledge of the fact that a warrant or process has been issued for the apprehension of such person, shall be fined under this title or imprisoned not more than one year, or both; except that if the warrant or process issued on a charge of felony, or after conviction of such person of any offense, the punishment shall be a fine under this title, or imprisonment for not more than five years, or both. 18 U.S.C. § 1071.

Pursuant to 8 U.S.C. § 1357(a)(1), DHS officers are authorized even without a warrant to interrogate any alien or person believed to be an alien as to his/her right to be or remain in the United States.

DHS officers are authorized to arrest a removable alien under the immigration laws pursuant to an administrative warrant pending a decision on whether they will be removed from the United States, under 8 U.S.C. § 1226(a) and 8 C.F.R. § 236.1(b), or pending removal, under 8 C.F.R. § 241.2(a)(1), and may arrest removable aliens under certain circumstances without a warrant pursuant to 8 U.S.C. § 1357(a). Under no circumstance is a judicial warrant required for the arrest of an alien under the immigration laws.

---

**Notice:** If the individual may be the victim of a crime or you want the individual to remain in the United States for a law enforcement purpose, notify the ICE Law Enforcement Support Center at (802) 872-6020. You may also call this number if you have any other questions or concerns about this matter.

---

## TO BE COMPLETED BY THE LAW ENFORCEMENT AGENCY CURRENTLY HOLDING THE INDIVIDUAL WHO IS THE SUBJECT OF THIS NOTICE:

Please provide the information below, sign, and return to DHS by mailing, emailing or faxing a copy to _____ .

Local Booking/Inmate #: **13153**    Estimated release date/time: **12-23-25**

Date of latest criminal charge/conviction: **12-21-25**    Last offense charged/conviction: _____

This form was served upon the individual on **12-22-25**, in the following manner:

☒ in person    ☐ by inmate mail delivery    ☐ other (please specify): _____

__Jeromy McCoy__, Sheriff
(Name and title of Officer)

(Signature of Officer)

---

DHS Form I-247A (5/25)     Page 2 of 4

# EXHIBIT C

EOIR Asylum, Withholding of Removal, and CAT Filing

Application for asylum, withholding of removal, and Convention Against Torture protection, with EOIR payment receipt dated February 9, 2026.

**Krunal Sheth, Esq.**                                    NON-DETAINED
**Polaris Law Group, LLC**
**245 S 84th St, Suite L100**
**Lincoln, NE 68510**
**Tel: (402) 606-1441**


## UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
## TACOMA IMMIGRATION COURT
## OMAHA, NEBRASKA

| | | |
|---|---|---|
| In the Matter of: | ) | |
| **Amya Francisco Martinez Llerendi** | ) | **File No. A 203-440-844** |
| | ) | |
| **In Removal Proceedings** | ) | |
| | ) | |

Immigration Judge: Abby Meyer       Next Hearing: February 10, 2026, at 1:00 PM


# APPLICATION FOR ASYLUM, WITHHOLDING OF REMOVAL, AND PROTECTION UNDER THE CONVENTION AGAINST TORTURE

Now comes the Respondent, **Ayma Francisco Martinez Llerandi**, through his Attorney, **Krunal Sheth**. The Respondent respectfully submits the attached application for relief from removal.

Respectfully submitted,

*Krunal Sheth*

Counsel for Respondent

Krunal Sheth, Esq.

## PROOF OF SERVICE

On February  9 , 2026, I, Krunal Sheth, served a copy of this **Application for Asylum, Withholding of Removal, and Protection Under the Convention Against Torture** and any attached pages to the Office of the Principal Legal Advisor, via ECAS.

*Krunal Sheth*

Krunal Sheth, Esq.



**UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**

## Payment Receipt

A payment has been processed for the following case before the Executive Office for Immigration Review.

For cases before the Immigration Court, please contact the Court that is currently hearing your case for questions regarding payment. For cases before the Board of Immigration Appeals (BIA), please contact the BIA Clerk's Office for questions regarding payment at (703) 605-1007.

A copy of this receipt must be included with the application, motion, or appeal that is filed with the Immigration Court or the BIA Clerk's Office. Failure to include a receipt showing proof of payment will result in rejection of the filing.

**A-Number:**   203-440-844

**Payment Tracking ID:** 27VFSE78

**Payment Processed On:** 2/9/2026 5:52:27 PM EST

**Filing Type:** Court - Form I-589, Application for Asylum and for Withholding of Removal - Initial A

**Payment Type:** PLASTIC_CARD

**Payment Amount:** $100.00

Save or print this receipt immediately. A copy will not be sent via email. The tracking ID is required to retrieve a duplicate receipt.

*Please note there is an **annual fee** for all asylum applications, which is due on the anniversary of each calendar year that an alien's asylum application remains pending; no fee-waiver or reduction in fee is permitted. **This fee must be paid timely**; failure to pay within 30 days of the anniversary due date will likely result in pretermission of the asylum application and an order of removal. This will be the only notice that the alien will receive regarding this annual payment requirement. Payment of this fee can be made at https://epay.eoir.justice.gov/index.

Current annual fee amounts can be found at www.justice.gov/eoir/types-appeals-motions-and-required-fees.

# EXHIBIT D

USCIS I-485 / I-601 Receipts and Biometrics Notice

USCIS receipts for Form I-485 under the Cuban Adjustment Act and Form I-601 waiver, both received February 27, 2026, plus biometrics appointment notice.

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice - APPLICANT COPY | CASE TYPE I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | NOTICE DATE 06/05/2026 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER MSC2690165818 | | USCIS A# A203 440 844 | CODE 3 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER NBC | PAGE 1 of 2 |



AYMA FRANCISCO MARTINEZ LLERANDI
1909 W 2ND ST
GRAND ISLAND NE 68803

READ THIS ENTIRE NOTICE CAREFULLY. To process your application, petition, or request, U.S. Citizenship and Immigration Services (USCIS) must collect your biometrics. Please appear at the Application Support Center (ASC) at the date and time specified. **TO REQUEST THAT USCIS RESCHEDULE YOUR APPOINTMENT, SEE THE INSTRUCTIONS AT THE BOTTOM OF THIS NOTICE. IF YOU FAIL TO APPEAR AS SCHEDULED, USCIS WILL CONSIDER YOUR BENEFIT REQUEST ABANDONED AND IT MAY BE DENIED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS OMAHA 1717 Avenue H Omaha NE 68110 | 06/22/2026 01:00PM |

WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:

1. **THIS APPOINTMENT NOTICE.** If you received multiple ASC notices, bring **all** notices to your first appointment, and
2. **PHOTO IDENTIFICATION.** You must bring a valid government-issued photo identification. If the name on your identification is different than the name on your ASC notice, bring supporting documents. If you filed an Application for Naturalization (Form N-400) or Application to Replace Permanent Resident Card (Form I-90), you must bring your Permanent Resident Card (also known as a Green Card).

If you are sick, do not visit a USCIS office, follow the instructions on this notice to reschedule your appointment. If you have injuries that may interfere with your biometrics submission, USCIS may reschedule your appointment.

Cell phones or electronic devices must be turned off during biometrics submission. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/filing-guidance/preparing-for-your-biometric-services-appointment.

NOTE: If an ASC closes due to weather or other reasons, USCIS will automatically reschedule your appointment for the next available date and time and you will receive a new ASC appointment notice. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your appointment.

You must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or for any purpose authorized by the Immigration and Nationality Act.

You may obtain a copy of your FBI record using the procedures outlined in 28 C.F.R. 16.32. Visit: https://www.fbi.gov/how-we-can-help-you/more-fbi-services-and-information/identity-history-summary-checks for more information. For Privacy Act information, please visit https://www.fbi.gov/how-we-can-help-you/more-fbi-services-and-information/compact-council/privacy-act-statement.

If you cannot attend your scheduled appointment, you may request to reschedule at https://my.uscis.gov/accounts/biometrics/overview or by calling the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833). You must make your request before the date and time of the original appointment, and you must establish good cause for rescheduling. If you fail to make a request before your scheduled appointment or fail to establish good cause, and you do not appear at your appointment, USCIS may consider your application, petition, or request abandoned and, as a result, it may be denied. For more information about rescheduling, see https://www.uscis.gov/forms/filing-guidance/preparing-for-your-biometric-services-appointment.

If you cannot leave your home/hospital due to a serious ongoing medical condition, you may request a mobile biometrics appointment by following the instructions on the back of this notice under "Notice for People with Disabilities," or by visiting uscis.gov/accommodationsinfo.

If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.        Form I-797C  10/13/21

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
|---|

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | March 17, 2026 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-485, Application to Register Permanent Residence or Adjust Status | A203440844 |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| MSC2690165818 | February 27, 2026 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
|---|---|---|
| | Cuban Adjustment Act | March 31, 1991 |

AYMA F. MARTINEZ LLEDRANDI
1909 W 2ND ST
GRAND ISLAND, NE 68803

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $1,440.00 |
| Total Amount Received: | $1,440.00 |
| Total Balance Due: | $0.00 |

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**

(800)375-5283





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | March 17, 2026 |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| I-601, Application for Waiver of Grounds of Inadmissibility | | A203440844 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| MSC2690165819 | February 27, 2026 | 1 of 1 |
| | | **DATE OF BIRTH** |
| | | March 31, 1991 |

**PAYMENT INFORMATION:**

AYMA F. MARTINEZ LLEDRANDI
1909 W 2ND ST
GRAND ISLAND, NE  68803

| | |
|---|---|
| Application/Petition Fee: | $1,050.00 |
| Total Amount Received: | $1,050.00 |
| Total Balance Due: | $0.00 |

NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**

(800)375-5283





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  10/13/21

# EXHIBIT E

USCIS Request for Initial Evidence / I-485 Correspondence

USCIS request for initial evidence regarding Form I-485 and related correspondence, showing the adjustment case remained active and required additional evidence.

March 24, 2026

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
National Benefits Center
P.O. Box 648004
Lee's Summit, MO 64002



**U.S. Citizenship
and Immigration
Services**

KRUNAL SHETH
POLARIS LAW GROUP LLC
245 S 84TH ST STE 119
LINCOLN, NE 68510



MSC2690165818



A203-440-844

RE: AYMA FRANCISCO MARTINEZ LLEDRANDI
I-485, Application to Register Permanent Residence or Adjust Status

## REQUEST FOR INITIAL EVIDENCE

### Why We Are Writing You

This office is unable to complete the processing of your Application to Register Permanent Residence or Adjust Status, (Form I-485). We are writing to inform you that we need more information from you to make a decision on your case. Please read this letter carefully and follow all of the instructions below.

### What You Need To Do

You must provide the following information for us to make a final decision on your case. **Please include a copy of ALL pages of this letter with your response**

- **Submit a completed Form I-693, Report of Immigration Medical Examination and Vaccination Record.** A USCIS civil surgeon must complete and sign the form, and you must also sign the form. If the civil surgeon refers you to a specialist, the specialist must include his or her medical exam results and complete the proper sections of the Form I-693 before the civil surgeon may sign the form. Once everyone has signed, the civil surgeon will place the completed Form I-693 in a sealed envelope and give it to you. You must submit the sealed envelope containing the original Form I-693 that the civil surgeon signed and the medical exam results; we will NOT accept photocopied Form I-693 and medical exam results. Civil surgeons must use the current Edition of Form I-693. You can find the current edition of Form I-693 on USCIS's website at www.uscis.gov. In addition, the civil surgeon must ensure that all parts of Form I-693 were properly completed.

  **Please Note:** Civil surgeons must use the **03/09/2023** edition starting May 31, 2023. Specifically, civil surgeon signatures on all Forms I-693 that are dated on or after May 31, 2023, must be on the 03/09/2023 edition of Form I-693. USCIS will not accept the 07/19/2022 version (or any previous editions) if the civil surgeon signed the Form I-693 after May 30, 2023.



U.S. Department of Homeland Security

USCIS National Benefits Center
P.O. Box 648005
Lee's Summit, MO 64002

# U.S. Citizenship and Immigration Services

Tuesday, May 5, 2026

AYMA MARTINEZ LLERANDI
1909 W 2ND ST
GRAND ISLAND NE 68803

Dear Ayma Martinez Llerandi:

On 04/14/2026, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Attorney or Authorized Representative |
| **Case type:** | I485 |
| **Referral ID:** | SR11042601447MSC |
| **Type of service requested:** | Non-Del Other Notice |

The status of this service request is:

Recently, you contacted us to let us know that you did not receive a notice related to your case. As a courtesy, a copy of the RFE is included for your information. Please follow any instructions on that notice.

If your receipt number begins with IOE, please consider activating your USCIS online account at https://myaccount.uscis.gov. You can use your account to get your current case status and to access every notice we send you. You can also send messages and receive answers through a secure inbox.

Address Changes: If you move, please provide us with an updated address. For more information about address changes, please visit our website at www.uscis.gov/addresschange, and click on "How to Change Your Address." To ensure that all mail is delivered as addressed, please also ensure that you are registered with the U.S. Postal Service (USPS) to receive mail at the address of record you have provided to USCIS.

For questions about your application, you can use our many online tools (uscis.gov/tools) including our virtual assistant, Emma. If you are not able to find the information you need online, you can reach out to the USCIS Contact Center by visiting uscis.gov/contact center. The USCIS website also provides detailed information about policies and procedures, and you can download and e-file forms from the website.

U.S. CIS - 05-05-2026 11:54 AM EDT

Please return the completed Form I-693 in an envelope sealed by the civil surgeon. Including a copy of this notice with your Form I-693 will facilitate matching the medical report with your file.

**Important Warning:** Only a designated civil surgeon authorized by USCIS to conduct medical examinations is qualified to complete the Form I-693. The civil surgeon must sign and date the Form I-693. Signatures by a nurse, physician's assistant, or a doctor not designated as a civil surgeon are not acceptable. You must also sign and date the Form I-693 when instructed to do so by the civil surgeon. When appropriately completed and signed, the **original** Form I-693 must be sealed in a separate envelope by the civil surgeon. The sealed envelope must be returned, unopened, to this office with any other requested evidence.

A list of designated civil surgeons can be obtained via the USCIS website at www.uscis.gov and using the MyUSCIS Find a Civil Surgeon tool at www.uscis.gov/tools/find-a-civil-surgeon. You will need to provide your zip code or address. For questions about your application, you can use our many online tools (uscis.gov/tools) including our virtual assistant, Emma. If you are not able to find the information you need online, you can reach out to the USCIS Contact Center by visiting uscis.gov/contactcenter.

**Although processing times cannot be guaranteed, in order to complete your case as soon as possible, we strongly encourage you to submit your complete Form I-693 via express mail.**

## When You Need To Do It

You must send the requested information by mail to the address shown below within 87 days.

You must submit all of the requested evidence at one time. If you submit only part of the evidence, we will make a decision based on the evidence that you submit. We will not consider any evidence that is submitted after the due date. If you do not respond to this request by the date shown above, we will deny your case.

If you submit a document in any language other than English, you must provide: (1) a copy of the original document in its foreign language; and (2) a full English translation of the document. The translator must certify that the translation is complete and accurate and that he or she is competent to translate from the foreign language to English.

We strongly recommend you keep a copy of all documents that you submit to USCIS in response to this request.

## Please include a copy of ALL pages of this letter with your response.

Submit your response with requested document(s), information, etc. to this address:

| Regular Mail | Express Mail or Courier Deliveries |
|---|---|
| U.S. Department of Homeland Security National Benefits Center P.O. Box 648004 Lee's Summit, MO 64002 | USCIS, Attention: Adjustment of Status 850 NW Chipman Rd Lee's Summit, MO 64063 |

Please do not forget to include a copy of ALL pages of this letter with your response.

Sincerely,

Rose M. Kendrick
Acting Director
Officer: LX3860

# EXHIBIT F

Additional Charges of Inadmissibility / Deportability

Form I-261 identifying additional allegations and charges, including issues the Government may rely on in opposition.

*Theresa Rocha ♀ I Love*

**U.S. Department of Justice**
Immigration and Naturalization Service

**Additional Charges of Inadmissibility / Deportability**

In:     [ x ] **Removal proceedings under section 240 of the Immigration and Nationality Act**

[  ] **Deportation proceedings commenced prior to April 1, 1997, under former section 242 of the Immigration and Nationality Act**

**In the Matter of:**

Alien/Respondent:  __MARTINEZ-LLERANDI, AYMA__

File No: _A 203-440-844_  Address: _Phelps County Jail, 715 5th Avenue, Holdrege, Nebraska 68949_

[ x ]   1. You are an arriving alien.
[   ]   2. You are an alien present in the United States who has not been admitted or paroled.
[   ]   3. You have been admitted to the United States, but are removable for the reasons stated below.

There is submitted the following allegation(s) [ X ] in addition to [ ] in lieu of those set forth in the original charging document:

6. You were convicted on August 8, 2017 in the Nebraska District Court for Hall County for the offense of Theft by Shoplifting in violation of Nebraska Code § 28-511.01.

7. You were convicted on February 1, 2018 in the Nebraska District Court for Hall County for the offense of Forgery in violation of Nebraska Code § 28-602(1)(b).

8. You were convicted on February 1, 2018 in the Nebraska District Court for Hall County for the offense of Attempted Tampering with Witness, Informants or Jurors in violation of Nebraska Code § 28-201(b) 28-919.

9. You were convicted on February 1, 2018 in the Nebraska District Court for Hall County for the offense of Unauthorized Use of a Financial Transaction Device in violation of Nebraska Code § 28-620.

10. You were convicted on June 21, 2016 in the Nebraska District Court for Otoe County for the offense of Unauthorized Use of Financial Transaction Device in violation of Nebraska Code § 28-620.

There is submitted the following charge(s) [ X ] in addition to [ ] in lieu of those set forth in the original charging document:

Section 212(a)(2)(A)(i)(I) of the Immigration and Nationality Act, as amended, in that you are an alien who has been convicted of, or who admits having committed, or who admits committing acts which constitute the essential elements of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime.

__January 14, 2026__
Dated:

ROSARIO L
OROZCO RAMIREZ

Digitally signed by ROSARIO L
OROZCO RAMIREZ
Date: 2026.01.14 14:55:12 -06'00'

(Signature of Service Counsel)

FORM I-261
(Rev. 4/1/97)N

*Theresa Rocha* ♡ *I love mi amor*

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing, you will be given the opportunity to admit or deny any or all of the allegations in the charging document and that you are inadmissible or deportable on the charges contained in the charging document. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change you address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

---

### Certificate of Service

This charging document was served on the respondent by me, <u>Rosario Orozco Ramirez</u>, on January 14, 2026, in the following manner in compliance with section 239(a)(1)(F) of the Act.

☐ in person          ☐ by certified mail, return receipt requested          ☒ by regular mail

to: <u>MARTINEZ-LLERANDI, AYMA, Phelps County Jail, 715 5th Avenue, Holdrege, Nebraska 68949</u>

☐ The alien was provided oral notice in the _____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in Section 240(b)(7) of the Act.

ROSARIO L OROZCO RAMIREZ
Digitally signed by ROSARIO L OROZCO RAMIREZ
Date: 2026.01.14 14:55:33 -06'00'

_____          _____
(Signature of respondent if personally Served)          (Signature and title of officer)

# EXHIBIT G

Family, Employer, and Community Support Letters and Declarations

Grouped support exhibit showing family hardship, U.S. citizen family ties, employment history, good moral character, and proposed support if released.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

## Declaration of Theresa Rocha in Support of Ayma Francisco Martínez Llerandi

I, Theresa Rocha, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. My name is Theresa Rocha. I am a citizen of the United States and reside at 1909 West 2nd Street, Grand Island, Nebraska 68803. My telephone number is (308) 227-2651.

2. I am the lawful wife of Ayma Francisco Martínez Llerandi, who has been detained by immigration authorities since December 23, 2025.

3. My husband and I have one biological daughter together, D'Claribel Aymaleth Llerandi, born on August 20, 2025. She is an infant and depends heavily on the care, support, and presence of both parents.

4. In addition to our daughter, three minor children reside in our household:
a. Dominik Yvon Rocha, born November 23, 2007;
b. D'Mya Asereth Rocha, born November 22, 2008; and
c. Daleyza Soleil Rosario, born July 22, 2015.

5. Ayma Francisco Martínez Llerandi has played a significant parental role in the upbringing of these children. He assists with their education, transportation, discipline, emotional support, and daily needs.

6. Prior to his detention, Ayma was a primary source of financial support for our household. His detention has caused substantial financial hardship and emotional distress to our family.

7. The children miss him greatly and have been negatively affected by his absence. His continued detention deprives them of the guidance, stability, and support that he has consistently provided.

8. Ayma is a responsible, hardworking, caring, and family-oriented individual. Throughout our relationship, he has demonstrated strong moral character and dedication to our family.

9. His release would greatly benefit our family and would allow him to resume his role as husband, father, and provider.

10. I respectfully request that the Court consider the severe hardship imposed on our family by his continued detention and take these circumstances into account when reviewing his petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __13__ day of __June__, 2026, in Grand Island, Nebraska.

_Theresa Rocha_
Theresa Rocha

*Page 1 of 2*

## NOTARY ACKNOWLEDGMENT

State of Nebraska
County of ___Dawn___

On this 13 day of June ___, 2026, before me, the undersigned Notary Public,
personally appeared Theresa Rocha, known to me or satisfactorily proven to be the person whose
name is subscribed to the foregoing Declaration, and acknowledged that she executed the same for
the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.



_____
Notary Public

My Commission Expires: 10 June. 2028

(SEAL)

MATIR PODIO SABORIT
MY COMMISSION EXPIRES
f 2   JUNE 10, 2028
NOTARY ID: 134939986

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

## Declaration of Anabel Ronquillo in Support of Ayma Francisco Martínez Llerandi

I, Anabel Ronquillo, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true and correct:

1. My name is Anabel Ronquillo. I reside at 3309 Blondo Street, Omaha, Nebraska 68111. My telephone number is (402) 417-4198.

2. I am the mother of Theresa Rocha and the mother-in-law of Ayma Francisco Martínez Llerandi.

3. I have personally known Ayma Francisco Martínez Llerandi for approximately eleven years. During that entire time, I have had the opportunity to observe his character, his dedication to his family, and the important role he plays in the lives of his wife and children.

4. Based on my personal observations, Ayma is a loving, responsible, hardworking, and devoted family man. He has consistently placed the needs of his family above his own and has worked diligently to provide emotional and financial support to his household.

5. Ayma is married to my daughter, Theresa Rocha, a United States citizen. Throughout their marriage, he has been a supportive husband and an active participant in maintaining a stable and nurturing home environment.

6. I have personally witnessed Ayma's commitment not only to his biological daughter, D'Claribel Aymaleth Llerandi, but also to the other children in the household. He has treated all of them with love, care, respect, and guidance, as a father would.

7. Ayma has been actively involved in the children's upbringing, education, daily activities, emotional development, and overall well-being. His presence has provided stability, structure, and security for the family.

8. Since his detention, I have personally observed the significant hardship experienced by my daughter and grandchildren. The family has suffered emotional distress, financial difficulties, and uncertainty regarding their future.

9. The children deeply miss Ayma's presence and support. His absence has negatively affected the emotional well-being of the household and has created burdens that did not exist prior to his detention.

10. As a mother, grandmother, and member of this family, I firmly believe that Ayma's continued detention causes substantial hardship to United States citizens who depend upon him emotionally and financially.

11. In my opinion, Ayma is a person of good moral character who has demonstrated a sincere commitment to his family, community, and responsibilities. I respectfully ask the Court to consider the impact of his detention on his family and the strong family ties he has established over many years.

I respectfully submit this declaration in support of Ayma Francisco Martínez Llerandi and request that the Court give due consideration to the hardship his continued detention imposes upon his wife, children, and extended family.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 23 day of June , 2026, in Omaha, Nebraska.



Anabel Ronquillo

3309 Blondo Street

Omaha, Nebraska 68111

(402) 417-4198

MATIR PODIO SABORIT
MY COMMISSION EXPIRES
JUNE 10, 2028
NOTARY ID: 134939986

## NOTARY ACKNOWLEDGMENT

State of Nebraska

County of Harn's

On this 28 day of June, 2026, before me, the undersigned Notary Public, personally appeared Anabel Ronquillo, known to me or satisfactorily proven to be the person whose name is subscribed to the foregoing Declaration, and acknowledged that she executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

Notary Public

My Commission Expires: 10-June-2028

(SEAL)



MATIR PODIO SABORIT
MY COMMISSION EXPIRES
JUNE 10, 2028
NOTARY ID: 134939986

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

### Declaration of Dominik Yvon Rocha in Support of Ayma Francisco Martínez Llerandi

I, Dominik Yvon Rocha, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. My name is Dominik Yvon Rocha. I am a citizen of the United States and reside at 1909 West 2nd Street, Grand Island, Nebraska 68803. My telephone number is (308) 227-6124.

2. I have lived with Ayma Francisco Martínez Llerandi for more than seven years. During that time, he has been a father figure to me and has helped raise, guide, and support me throughout my life.

3. Ayma has always treated me as his own son. He has provided emotional support, guidance, discipline, encouragement, and assistance whenever I needed help. He has been present for important moments in my life and has always encouraged me to work hard, stay in school, and become a responsible person.

4. I am currently employed at Fuji Japanese Steakhouse, located at 1004 N. Diers Avenue, Suite 200, Grand Island, Nebraska 68803, telephone number (308) 381-1888.

5. I am also employed at BonnaVilla Homes, located at 111 Grant Street, Aurora, Nebraska 68818, telephone numbers (402) 694-5250 and (308) 389-8367.

6. Because I have two jobs, I am willing and able to provide financial assistance to my family while Ayma Francisco Martínez Llerandi remains detained and his immigration case is pending.

7. I will continue contributing to household expenses, food, transportation, utilities, and other family necessities to help support my mother, my younger siblings, and our household during this difficult time.

8. Despite my efforts to help financially, Ayma's absence has created emotional and financial hardship for our family. His continued detention has been very difficult for all of us.

9. Ayma is a hardworking, caring, responsible, and family-oriented man. He has been a positive influence in my life and in the lives of my siblings.

10. I respectfully ask the Court to consider the hardship that his detention has caused our family and to consider his strong family ties and positive character when reviewing his case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23 day of June , 2026, in Grand Island, Nebraska.

Dominik Yvon Rocha

1909 West 2nd Street
Grand Island, Nebraska 68803

(308) 227-6124

## NOTARY ACKNOWLEDGMENT

State of Nebraska

County of _Hawi'l_____

On this _13_ day of _June_____, 2026, before me, the undersigned Notary Public, personally appeared Dominik Yvon Rocha, known to me or satisfactorily proven to be the person whose name is subscribed to the foregoing Declaration, and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires: _10-June-2028_____

MATIR PODIO SABORIT
MY COMMISSION EXPIRES
JUNE 10, 2028
NOTARY ID: 134939986
STATE OF TEXAS

Page 2 of 2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

## Declaration of D'Mya Asereth Rocha in Support of Ayma Francisco Martínez Llerandi

I, D'Mya Asereth Rocha, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. My name is D'Mya Asereth Rocha. I am seventeen (17) years old, a citizen of the United States, and I reside at 1909 West 2nd Street, Grand Island, Nebraska 68803.

2. I am currently a student and have lived with Ayma Francisco Martínez Llerandi for many years. Throughout that time, he has been an important part of my life and has provided me with love, guidance, support, and stability.

3. Although Ayma is not my biological father, he has always treated me as if I were his own daughter. He has encouraged me in school, supported my goals, celebrated my accomplishments, and helped me through difficult situations.

4. Ayma has always been someone I could depend on. He has taught me the importance of responsibility, respect, hard work, and family. His advice and encouragement have had a positive influence on my life and personal growth.

5. Before his detention, Ayma was actively involved in our daily lives. He spent time with our family, helped maintain our household, and provided emotional and financial support that contributed to our well-being.

6. Since Ayma was detained, our family has experienced significant emotional hardship. His absence has left a void in our home, and everyday life has become much more difficult.

7. I miss having him at home to talk to, ask for advice, and share important moments in my life. Knowing that he is detained has caused stress, sadness, and worry for me and the rest of our family.

8. I have witnessed the emotional pain that my mother, my younger sister, and other members of our family have experienced since his detention. The situation has affected all of us deeply.

9. Ayma is a kind, caring, and family-oriented person who has dedicated himself to helping and supporting our family. He has always put the needs of others before his own and has been a positive role model in my life.

10. I respectfully ask the Court to consider the impact that Ayma's continued detention has on me and my family. His presence in our home is important to our emotional well-being, stability, and future.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23 day of June, 2026, in Grand Island, Nebraska.

D'Mya Asereth Rocha

# NOTARY ACKNOWLEDGMENT

State of Nebraska

County of _Marn i)_

On this _23_ day of _June_____, 2026, before me, the undersigned Notary Public, personally appeared D'Mya Asereth Rocha, known to me or satisfactorily proven to be the person whose name is subscribed to the foregoing Declaration, and acknowledged that she executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires: _10-June-2028_

(SEAL)

MATIR PODIO SABORIT
MY COMMISSION EXPIRES
JUNE 10, 202
NOTARY ID: 1349  986

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

## Declaration of Iraida Pérez in Support of Ayma Francisco Martínez Llerandi

I, Iraida Pérez, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true and correct:

1. My name is Iraida Pérez. I am a citizen of the United States and reside at 6626 Sharpview Drive, Houston, Texas 77074. My telephone number is (346) 217-2571.

2. I have known Ayma Francisco Martínez Llerandi since he was a young child. Because I have known him for most of his life, I have had the opportunity to personally observe his character, conduct, and development over many years.

3. Throughout his life, Ayma has consistently demonstrated respect for others, responsibility, honesty, and dedication to his family. He was raised with strong family values and has carried those values into adulthood.

4. I have witnessed Ayma grow from childhood into a responsible adult, husband, and father. During all the years that I have known him, he has maintained a reputation as a hardworking and dependable person.

5. Ayma has always been willing to work to support himself and his family. He takes pride in providing for those who depend on him and has consistently demonstrated a strong work ethic and commitment to his responsibilities.

6. In my observations, Ayma is a person of good moral character. He treats people with kindness and respect and has always shown concern for the well-being of others.

7. I have observed his commitment to his wife, Theresa Rocha, and to the children in his household. He has worked hard to provide a stable and loving family environment and has taken an active role in the upbringing and support of the children.

8. Since learning of his detention, I have become aware of the emotional and financial hardship that his family is experiencing. His absence has affected not only his wife and children but also extended family members who care deeply about him.

9. Based upon my personal knowledge of Ayma over many years, I firmly believe that he is a caring, responsible, and trustworthy individual who is devoted to his family and community.

10. I respectfully ask the Court to consider Ayma's long history of good character, his strong family ties, his dedication to supporting his family, and the hardship that his continued detention imposes upon those who love and depend on him.

11. It is my sincere belief that Ayma will continue to be a positive and productive member of society and that his family greatly benefits from his presence, support, and guidance.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 23 day of June, 2026, in Houston, Texas.



Iraida Pérez

6626 Sharpview Drive

Houston, Texas 77074

(346) 217-2571

United States Citizen



NOTARY ACKNOWLEDGMENT

State of Nebraska

County of Harri

On this 23 day of June _____, 2026, before me, the undersigned Notary Public, personally appeared Juan Martinez Menendez, known to me or satisfactorily proven to be the person whose name is subscribed to the foregoing Declaration, and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires: 10 - June - 2028

(SEAL)



MATIR PODIO SABORIT
MY COMMISSION EXPIRES
JUNE 10, 2028
NOTARY ID: 134939986

ARG Brother Remodeling LLC

6/27/2026

This letter serves to formally confirm the employment and volunteer service of Ayma Francisco Martinez Llerandi with ARG Brother Remodeling LLC.

Mr. Martinez Llerandi worked and volunteered with our company from January 2023 through December 2025. During that time, he consistently demonstrated an exemplary work ethic, a strong sense of responsibility, and professionalism in all assigned duties.

He was a highly valued member of our team and was known for his dedication, reliability, honesty, and positive contributions to our projects. His willingness to assist others, work hard, and complete tasks with care made him an important part of our organization.

I have personally observed Mr. Martinez Llerandi to be a hardworking, honest, and dependable individual. He consistently treated his coworkers and supervisors with respect, maintained a positive attitude, and was always willing to help wherever needed. Based on my experience working with him, I believe he is a person of good moral character who would continue to be a valuable member of the workforce and the community.

We sincerely appreciated his contributions and can confidently recommend him as a dependable and trustworthy individual.

Should you require any additional information, please do not hesitate to contact me directly at 786-443-9163.

Thank you for your attention to this matter.

Sincerely,

Ricando Gonzalez Benites

Owner  *Ricardo Gonzalez*

ARG Brother Remodeling LLC

Phone: 786-443-9163

# NOTARY ACKNOWLEDGMENT

State of Texas

County of ___Harris___

On this __13__ day of ___June___, 2026, before me, the undersigned Notary Public, personally appeared Raul Podio Saborit, known to me or satisfactorily proven to be the person whose name is subscribed to the foregoing Declaration, and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____

Notary Public

My Commission Expires: ___10 - June - 2028___

MATIR PODIO SABORIT
MY COMMISSION EXPIRES
JUNE 10, 2028
NOTARY ID: 134939986

Page 3 of 2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

## Declaration of Juan Martinez Menendez in Support of Ayma Francisco Martínez Llerandi

I, Juan Martinez Menendez, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true and correct:

1. My name is Juan Martinez Menendez. I reside in Omaha, Nebraska, and I am currently in the process of obtaining lawful permanent resident status in the United States.

2. I am the father of Ayma Francisco Martínez Llerandi.

3. As his father, I have known Ayma his entire life and have had the opportunity to observe his character, values, work ethic, and dedication to his family.

4. Throughout his life, Ayma has been a responsible, respectful, and hardworking individual. He was raised to value family, honesty, and personal responsibility, and he has consistently demonstrated those values in his daily life.

5. I have personally witnessed Ayma's commitment to his wife, Theresa Rocha, and to the children in their household. He has worked hard to provide for his family and to create a stable and loving home environment.

6. Ayma has always taken his family responsibilities seriously. He has been actively involved in the lives of the children, offering guidance, emotional support, and assistance with their daily needs and development.

7. I have observed the positive relationship that exists between Ayma and the children in his household. They look to him for support, advice, and stability, and he has treated them with kindness, patience, and love.

8. Since his detention, I have witnessed the emotional and financial hardship experienced by our family. His wife, children, and extended family have suffered greatly from his absence.

9. As a father, it is difficult to see my son separated from his family. It is equally difficult to witness the pain experienced by his wife and children, who depend upon his presence, support, and guidance.

10. Ayma is a person of good moral character who has always shown concern for the well-being of others. He is devoted to his family and has consistently demonstrated responsibility and integrity.

11. I respectfully ask the Court to consider Ayma's strong family ties, his positive character, and the hardship that his continued detention imposes upon his wife, children, parents, and extended family.

12. I respectfully request that the Court give favorable consideration to his case and to the evidence demonstrating his dedication to his family and community.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 13 day of June , 2026, in Omaha, Nebraska.



Juan Martinez Menendez

Father of Ayma Francisco Martínez Llerandi

MATIR PODIO SABORIT
MY COMMISSION EXPIRES
JUNE 10, 2028
NOTARY ID: 134939986

NOTARY ACKNOWLEDGMENT

State of Nebraska

County of _Hami_ (

On this _23_ day of _June_____, 2026, before me, the undersigned Notary Public, personally appeared Juan Martinez Menendez, known to me or satisfactorily proven to be the person whose name is subscribed to the foregoing Declaration, and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.



_____
Notary Public

My Commission Expires: _10 - June-2028_

(SEAL)

MATIR PODIO SABORIT
MY COMMISSION EXPIRES
JUNE 10, 2028
NOTARY ID: 134939986
NOTARY PUBLIC
STATE OF TEXAS

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

### Declaration of Raul Podio Saborit in Support of Ayma Francisco Martínez Llerandi

I, Raul Podio Saborit, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true and correct:

1. My name is Raul Podio Saborit. I am a Cuban citizen and a lawful permanent resident of the United States.

2. I reside at 2500 Old Farm Road, Houston, Texas 77063.

3. I am the owner and operator of Apodio Logistic LLC, a company engaged in general freight transportation and logistics services.

4. I have personal knowledge of Ayma Francisco Martínez Llerandi because he worked for my company, Apodio Logistic LLC, as a Driver Helper from approximately 2022 through 2025.

5. During his employment with my company, Ayma consistently demonstrated responsibility, punctuality, reliability, and a strong work ethic. He carried out his duties professionally and was always willing to assist wherever needed.

6. As his employer, I found Ayma to be honest, respectful, and dependable. He followed instructions, worked well with others, and performed his responsibilities in a safe and efficient manner.

7. Ayma was a valuable member of our team. He showed commitment to his work and took pride in completing assigned tasks correctly and on time.

8. Throughout the period that he worked for my company, I never observed behavior that would cause me to question his character, integrity, or dedication to his responsibilities.

9. In addition to being a hardworking employee, Ayma frequently spoke about his family and his desire to provide for them. It was evident to me that supporting his wife and children was one of his highest priorities.

10. Since learning of his detention, I have become aware of the hardship that his absence has caused his family. Based on my personal knowledge of Ayma, I believe he is a responsible and family-oriented individual who has always worked diligently to support those who depend upon him.

11. In my opinion, Ayma possesses good moral character and has demonstrated the qualities of a trustworthy, productive, and law-abiding member of the community.

12. If given the opportunity, I would not hesitate to recommend Ayma as an employee based on his work performance, reliability, and character.

13. I respectfully ask the Court to consider Ayma's employment history, positive work record, dedication to his family, and strong character when evaluating his case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 28 day of June, 2026, in Houston, Texas.

Raul Podio Saborit

Owner, Apodio Logistic LLC

2500 Old Farm Road

Houston, Texas 77063

832 208 3801

Page 1 of 2

## NOTARY ACKNOWLEDGMENT

State of Texas

County of ____Harris____

On this __18__ day of ____June____, 2026, before me, the undersigned Notary Public, personally appeared Raul Podio Saborit, known to me or satisfactorily proven to be the person whose name is subscribed to the foregoing Declaration, and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____

Notary Public

My Commission Expires: ___10 ~ June ~ 2028___

**MATIR PODIO SABORIT**
**MY COMMISSION EXPIRES**
**JUNE 10, 2028**
**NOTARY ID: 134939986**

**UNITED STATES DISTRICT COURT**

**for the**

**DISTRICT OF NEBRASKA**

Ayma Martinez Llerandi

Petitioner,

v.

Warden, Lincoln County Jail;

Secretary of the U.S. Department of Homeland Security;

Acting Director, U.S. Immigration and Customs Enforcement;

Attorney General of the United States,

Respondents.

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2026, I served a true and correct copy of the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, together with all attachments and exhibits, by placing the same in the United States Mail, postage prepaid, addressed to the following:

Attorney General of the United States

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington, DC 20530-0001

United States Attorney's Office

District of Nebraska

1620 Dodge Street, Suite 1400

Omaha, NE 68102

Document Preparer - Non-Attorney

Dileymis Martinez

 

**SUSTAINABLE FORESTRY INITIATIVE**
Certified Sourcing
www.sfiprogram.org
SFI-00061

**PAPER POUCH**
2w2recycle.info

*PRESS FIRMLY TO SEAL*          *PRESS FIRMLY TO SEAL*

**PRIORITY MAIL**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**



**UNITED STATES POSTAL SERVICE®** | **PRIORITY MAIL®**

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com.*

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.



**P**

PRIORITY MAIL
U.S. POSTAGE PAID
Shippo
USPS Ship

**USPS PRIORITY MAIL**

 RECEIVED

ILEYMIS MARTINEZ
802 39TH AVE
ERO BEACH FL 32960-2543

JUL - 8 2026
CLERK
U.S. DISTRICT COURT

Ship Date: 07/01/26
Weight: 11 oz

**RDC 03**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT



UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA
ROMAN L. HRUSKA FEDERAL COURTHOUSE
111 S 18TH PLZ STE 1152
OMAHA NE 68102-1322

**USPS TRACKING # USPS Ship**

9305 5208 4550 0006 8291 77

 shippo



**TRACKED ■ INSURED**



PS00001000014

EP14F November 2025
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; November 2025; All rights reserved.

SKNA